# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-cr-186 WMW/KMM |
| | ) | Date: September 8, 2021 |
| Travis Joseph Ramsbacher(1), | ) | Video Conference |
| | ) | Time Commenced: 1:00 p.m. |
| Defendant, | ) | Time Concluded: 1:08 p.m. |
| | | Time in Court: 8 minutes |

APPEARANCES:

Plaintiff: Hillary Taylor, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
               X FPD     X To be appointed

Date Charges Filed: 8/31/2021     Offense: possession with intent to distribute methamphetamine; possession with intent to distribute cocaine

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is September 10, 2021 at 11:00 a.m. via video conference before U.S. Magistrate Judge Tony N. Leung for:
    X Detention hrg     X Arraignment hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                 s/JAM
                                        Signature of Courtroom Deputy